UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GRuNHuT

                              Plaintiff(s),

                - against -

LiNColN NaT'L InS.

                              Defendant(s).
------------------------------------------------------------X

08 CIV. 10046 (KTD)

ORDER OF
**DISCONTINUANCE**

**KEVIN THOMAS DUFFY, U.S.D.J.:**

This cause having duly come on to be heard before me and the

attorneys for all parties having appeared and advised the Court that all

claims asserted herein have been settled, it is

ORDERED that the above entitled action be and hereby is

discontinued without cost to either party subject to re-opening by either

party within sixty (60) days by submitting an order to vacate this Order.

SO ORDERED.

DATED:   New York, New York
         11-10-10

KEVIN THOMAS DUFFY
United States District Judge